IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01019–PAB–KMT

TAISSIYA OLEYNIKOVA,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES,
KAREN L. BEYE, in her official and individual capacities,
GALINA KRIVORUK, in her individual capacity, and
RONALD OZGA, in his individual capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Unopposed Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. Rule 15(a)" (#4, filed June 17, 2009) is GRANTED. The Clerk of Court is directed to file Amended Complaint and Jury Demand (Attachment 2 to Plaintiff's motion).

Dated: June 17, 2009