IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01019-PAB-KMT

TAISSIYA OLEYNIKOVA,

 Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES,
KAREN L. BEYE, in her official and individual capacities,
GALINA KRIVORUK, in her individual capacity, and
RONALD OZGA, in his individual capacity,

 Defendants.
_____

### ORDER OF DISMISSAL OF THIRD CLAIM FOR RELIEF WITH PREJUDICE
_____

 THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss [Docket No. 13]. The Court has reviewed the pleading and is fully advised in the premises. It is

 **ORDERED** that the motion to dismiss plaintiff's third claim [Docket No. 13] is granted. It is further

 **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), plaintiff's third claim for relief for unlawful violation of the Colorado Anti-Discrimination Act is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

 DATED July 24, 2009.

            BY THE COURT:

            s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge