IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-01019-PAB-KMT | FTR |
| Date: March 03, 2010 | Debra Brown, Deputy Clerk |
| TAISSIYA OLEYNIKOVA | Seth Benezra |
| Plaintiff(s), | |
| v. | |
| DEPARTMENT OF HUMAN SERVICES, et al. | Christine K. Wilkinson<br>Stephanie L. Scoville |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:27 a.m.**

Court calls the case. Appearances of Counsel.

Statements by the Court regarding the various pending motions.

Plaintiff's [37] MOTION to Amend Scheduling Order to allow Plaintiff to complete four additional short depositions at issue.

Argument by Counsel.

Defendant's [42] MOTION for Extension of Time of Discovery Period for the Limited Purpose of Receiving Subpoenaed Documents and Plaintiff's [45] MOTION to Quash Subpoena Duces Tecum as to Shin-Sun Chow at issue.

Argument by Counsel.
Plaintiff's Exhibit A received for *"in camera"* review.

**Court in recess: 10:07**
**Court in Session: 10:57 a.m.**

**ORDERED:** Defendant's [42] MOTION for Extension of Time of Discovery Period for the Limited Purpose of Receiving Subpoenaed Documents is **GRANTED** to March 09, 2010 for the limited purpose of obtaining documents pursuant to the Subpoena Duces Tecum served upon Shin-Sun Chow.

**ORDERED:** Plaintiff's [45] MOTION to Quash Subpoena Duces Tecum as to Shin-Sun Chow is **DENIED as specified on the record <u>except</u> as to documents in Exhibit A.**

**ORDERED:** Plaintiff's Counsel shall redact Exhibit A as directed by the Court. The redacted version of Exhibit A will be produced.

**ORDERED:** The production of the redacted documents pursuant to the Subpoena are **STAYED** until March 30, 2010 to afford Plaintiff an opportunity to present the matter to the District Court, if desired. If Plaintiff does not file an appeal of this ruling within ten (10) days, production of the redacted documents shall be due March 16, 2010.

**ORDERED:** Plaintiff's [37] MOTION to Amend Scheduling Order to allow Plaintiff to complete four additional short depositions is **DENIED.**

**Court in recess: 11:17 a.m.**
Total In-Court Time 00:51; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

CLERK'S NOTE: Plaintiff's Original Exhibit A submitted to the Court for *"in camera"* review shall be retained in the Magistrate's file.