IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01019-PAB-KMT

TAISSIYA OLEYNIKOVA,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES,
KAREN L. BEYE, in her official capacity,
GALINA KRIVORUK, in her individual capacity, and
RONALD OZGA, in his individual capacity,

    Defendants.

_____

### ORDER OF DISMISSAL OF FOURTH AND FIFTH
### CLAIMS FOR RELIEF WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Plaintiff's Fourth and Fifth Claims for Relief With Prejudice Pursuant to Fed. R. Civ. P. Rule 41(a)(ii) [Docket No. 53]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the stipulated motion to dismiss [Docket No. 53] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), plaintiff's fourth and fifth claims for relief are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the caption of this case shall be amended as reflected in the caption in this Order, reflecting that Ms. Beye is no longer being sued in her individual capacity.

DATED March 12, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge