IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01019-PAB-KMT

TAISSIYA OLEYNIKOVA,

    Plaintiff,

v.

KAREN L. BEYE, in her official capacity,
GALINA KRIVORUK, in her individual capacity, and
RONALD OZGA, in his individual capacity,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on plaintiff's unopposed motion to stay proceedings pending appeal [Docket No. 101]. Judgment entered in favor of defendant in this case on December 30, 2010 [Docket No. 88]. On March 10, 2011, the Clerk taxed costs against plaintiff at the stipulated amount of $5,861.05 [Docket No. 100]. Plaintiff now requests that enforcement of the monetary judgment be stayed pending her appeal pursuant to Fed. R. Civ. P. 62(d). Plaintiff offers to post a bond in the amount of $5,861.05. Because defendants do not oppose such relief or the proposed amount of the bond, the Court will grant the motion and order plaintiff to post the required bond.

    Accordingly, it is

**ORDERED** that Plaintiff's Unopposed Motion to Stay Proceedings Pending Appeal Pursuant to Fed. R. Civ. P. Rule 62(d) [Docket No. 101] is **GRANTED**. It is further

**ORDERED** that plaintiff shall file a supersedeas bond in the amount of $5,861.05. It is further

**ORDERED** that, once plaintiff has posted the bond as required by this order, and once the court has approved the bond as contemplated by Fed. R. Civ. P. 62(d), execution of the Court's judgment with respect to enforcement of the costs taxed in favor of defendants and against plaintiff will be stayed pending the resolution of plaintiff's appeal. It is further

**ORDERED** that the stay shall terminate automatically when the Court of Appeals issues its mandate in this case or when plaintiff dismisses her appeal.

DATED March 17, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge