IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01019-PAB-KMT

TAISSIYA OLEYNIKOVA,

    Plaintiff,

v.

KAREN L. BEYE, in her official capacity,
GALINA KRIVORUK, in her individual capacity, and
RONALD OZGA, in his individual capacity,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on plaintiff's proposed supersedeas bond [Docket No. 103] and receipt for supersedeas cash bond [Docket No. 104] in the amount of $5,861.05. The Court previously granted plaintiff's motion to stay pending appeal [Docket No. 102].

    Accordingly, it is

    **ORDERED** that plaintiff's Proposed Supersedeas Bond [Docket No. 103] is **APPROVED**. It is further

    **ORDERED** execution of the Court's judgment with respect to enforcement of the costs taxed in favor of defendants and against plaintiff will be stayed pending the resolution of plaintiff's appeal. It is further

    **ORDERED** that the stay shall terminate automatically when the Court of Appeals issues its mandate in this case or when plaintiff dismisses her appeal.

DATED April 1, 2011.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge