IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01019-PAB-KMT

TAISSIYA OLEYNIKOVA,

    Plaintiff,

v.

KAREN L. BEYE, in her official capacity,
GALINA KRIVORUK, in her individual capacity, and
RONALD OZGA, in his individual capacity,

    Defendants.

_____

## AMENDED ORDER
_____

    On January 27, 2012, the Court issued an Order [Docket No. 111] granting the Stipulated Motion to Release Plaintiff's Supersedeas Bond [Docket No. 110] filed by plaintiff Taissiya Oleynikova and defendants Karen L. Beye, Galina Krivoruk, and Ronald Ozga.  The Order directed the clerk of the court to distribute the supersedeas bond and any interest accrued equally between the parties.  However, the amount indicated in the Court's Order did not correspond with the total amount in the supersedeas bond.  This Order corrects such error and reflects the correct amount each party shall receive from the disbursement of the supersedeas bond.

    Accordingly, it is

    **ORDERED** that, from the supersedeas bond, the clerk of the court shall make payment to the "State of Colorado Risk Management Fund" in the sum of $2930.53 plus one-half of the interest accrued, less the registry fee assessment.  Payment is to be

sent to the following address: Colorado State Attorney General, 1525 Sherman Street, 7th floor, Denver, Colorado 80203.  It is further

**ORDERED** that, from the supersedeas bond, the clerk of the court shall make payment to "Taissiya Oleynikova" in the sum of $2930.52 plus one-half of the interest accrued, less the registry fee assessment.  Payment is to be sent to the following address: Benezra & Culver, 274 Union Blvd. #220, Lakewood, Colorado 80228.

DATED February 2, 2012.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge